## DIVIDENDS REMITTED TO THE COURT

R: 150104

Case Number 08-15962 - BURKE III, FRANK D.

| Creditor | Claim No. | Amount Allowed | | Amount Paid |
|---|---|---|---|---|
| AT&T WIRELESS<br>VATIV RECOVERY SOLUTIONS,LLC<br>AS AGENT FOR PALISADES/ASTA<br>FUNDING<br>PO BOX 19249<br>SUGAR LAND,TX 77496 | 000016 | 27.11 | | 0.88 |
| Dominion<br>P. O. Box 26785<br>Richmond, VA 23261-6785 | 000017 | 30.38 | | 0.98 |
| ---------- Remittance Total --------------- | | 57.49 | | 1.86 |

LAUREN A. HELBLING, Trustee

2010 APR 14 PM 2: 19
COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND
FILED

COURT1

Printed: 04/14/10 09:15 AM    Ver: 15.08

08-15962-aih    Doc 42    FILED 04/14/10    ENTERED 04/15/10 08:06:35    Page 1 of 1